# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 180

State of North Dakota,                                     Plaintiff and Appellee

v.

Barry Ryder Reddog,                                     Defendant and Appellant

### No. 20210055

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Bruce A. Romanick, Judge.

AFFIRMED.

Per Curiam.

Julie A. Lawyer, State's Attorney, Bismarck, ND, for plainitff and appellee; submitted on brief.

Samuel A. Gereszek, Grand Forks, ND, for defendant and appellant.

# State v. Reddog
## No. 20210055

**Per Curiam.**

[¶1]   Barry Reddog appealed from a criminal judgment entered after a jury convicted him of robbery with a firearm, destructive device, or other dangerous weapon and conspiracy to commit felonious restraint. He argues the evidence presented at trial is insufficient to support the jury's verdict. After reviewing the record, we conclude substantial evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte